IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SODEXO AMERICA, LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>REGIONAL WEST HEALTH SERVICES,<br><br>　　　　　　　　　Defendant. | 8:17CV489<br><br>**ORDER** |

This matter is before the court on the parties' joint consent to exercise of jurisdiction by a United States Magistrate Judge, Filing No. 41.

IT IS HEREBY ORDERED that this case be referred to the Honorable Cheryl R. Zwart, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73

Dated this 16th day of January, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge