IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SODEXO AMERICA, LLC,<br><br>          Plaintiff,<br><br>vs.<br><br>REGIONAL WEST HEALTH SERVICES,<br><br>          Defendant. | **8:17CV489**<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED:

1) On or before April 12, 2019, counsel shall confer with their clients and they shall jointly propose four dates in May when counsel and their respective client-decisionmakers are available to attend a full day settlement conference before a magistrate judge. Those four proposed dates shall be emailed to zwart@ned.uscourts.gov for review and selection of an available magistrate judge.

2) The deposition deadline is continued to June 10, 2019.

April 9, 2019.

                                                BY THE COURT:

                                                *s/ Cheryl R. Zwart*
                                                United States Magistrate Judge