## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

SODEXO AMERICA, LLC,

               Plaintiff and Counterclaim
               Defendant,

    v.

REGIONAL WEST HEALTH SERVICES,

               Defendant and Counterclaim
               Plaintiff.

CASE NO.  17-CV-489

**INDEX OF EVIDENCE IN
SUPPORT OF MOTION FOR
PARTIAL SUMMARY JUDGMENT**

Plaintiff Sodexo America, LLC ("Sodexo") hereby offers the following in support of its Brief in Support of Motion for Partial Summary Judgment in the above-captioned matter:

1.  The Declaration of Michael Meerkreebs, including attached Exhibits A and B.

- **Exhibit A** is a true and correct copy of invoices dated between July 1, 2017 and December 20, 2017 sent to Regional West; and

- **Exhibit B** is a true and correct copy of interest invoices dated between March 1, 2016 and March 4, 2019 sent to Regional West.

2.  The Declaration of Joshua S. Weiner, including attached Exhibits C through O.

- **Exhibit C** is a true and correct copy of John Mentgen deposition exhibit 3, the Management Agreement between Regional West Health Services and Sodexo America, LLC dated November 6, 2015;

- **Exhibit D** is a true and correct copy of John Mentgen deposition exhibit 4, the Amendment to the Management Agreement dated December 2, 2015;

- **Exhibit E** is a true and correct copy John Mentgen deposition exhibit 5, the

Amendment to the Management Agreement dated January 26, 2016;

- **Exhibit F** is a true and correct copy of relevant excerpts from the deposition of John Mentgen dated January 28, 2019;

- **Exhibit G** is a true and correct copy of the relevant excerpts from the deposition of Roy Gifford dated March 13, 2019;

- **Exhibit H** is a true and correct copy of John Mentgen deposition exhibit 6, the Amendment to the Management Agreement dated March 29, 2016;

- **Exhibit I** is a true and correct copy of John Mentgen deposition exhibit 22, a Letter from Regional West to Sodexo regarding termination of the Agreement dated September 8, 2017;

- **Exhibit J** is a true and correct copy of relevant excerpts from the deposition of Paul Hofmeister dated March 12, 2019;

- **Exhibit K** is a true and correct copy of Paul Hofmeister deposition exhibit 5, various Sodexo Invoices to Regional West;

- **Exhibit L** is a true and correct copy of John Mentgen deposition exhibit 9, Defendant's Answers to Plaintiff's First Set of Interrogatories dated January 4, 2019;

- **Exhibit M** is a true and correct copy of John Mentgen deposition exhibit 7, RWHS 30(b)(6) Deposition Outline;

- **Exhibit N** is a true and correct copy of Roy Gifford deposition exhibit 19, a spreadsheet regarding Capital for MEP Bond Project dated December 31, 2017 and invoices (RWHS 041207-41240); and

- **Exhibit O** is a true and correct copy of Sodexo's Letter dated October 2,

2

2017 to Regional West regarding the Management Agreement (RWHS002076).

Dated this 11th day of April, 2019.

SODEXO AMERICA, LLC, Plaintiff and Counterclaim Defendant,

/s/ Joshua S. Weiner
Robert M. Slovek #17798
Joshua S. Weiner  #25565
KUTAK ROCK LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102
Telephone: (402) 346-6000
Robert.Slovek@kutakrock.com
Joshua.Weiner@kutakrock.com

-and-

Timothy J. Fazio (admitted *pro hac vice*)
Katharine A. Dennis (admitted *pro hac vice*)
HUNTON ANDREWS KURTH LLP
125 High Street, Suite 533
Boston, MA 02110
Telephone: (617) 648-2800
tfazio@huntonak.com
kdennis@huntonak.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following attorneys registered with the CM/ECF system:

> Richard P. Jeffries, Esq.
> Adam W. Barney, Esq.
> Sydney M. Huss, Esq.
> Cline Williams Wright Johnson
> & Oldfather, LLP
> Sterling Ridge
> 12910 Pierce Street, Suite 200
> Omaha, NE 68144

*/s/ Joshua S. Weiner*
Joshua S. Weiner

4