# EXHIBIT A

# SODEXO, INC & AFFILIATES

SERVICES
RENDERED TO:  REGIONAL WEST MEDICAL CENTER
4021 AVENUE B
SCOTTSBLUFF, NE 69361

INVOICE

BILL TO:  REGIONAL WEST MEDICAL CEN
ATTN: JOHN MENTGEN, CEO AND PRE
4021 AVENUE B
SCOTTSBLUFF, NE 69361

MAKE CHECK PAYABLE TO:

SODEXO, INC & AFFILIATES
PO BOX 360170
PITTSBURGH, PA 15251-6170

| TERMS | | ACCOUNT NUMBER | COST CENTER | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 15 DAYS | DUE:07/16/2017 | 100030753 | 10373001 | 07/01/2017 | 1001100575 |

| DESCRIPTION | AMOUNT | SALES TAX | TOTAL |
|---|---|---|---|
| CONTRACT PRICE FOR PLANT OPERATIONS AND MAINTENANCE SERVICES FOR THE MONTH OF JULY 2017 | $52,760.61 | | $52,760.61 |
| **TOTAL AMOUNT DUE** US DOLLARS | | | $52,760.61 |

TERMS: PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE UNLESS OTHERWISE SPECIFIED BY CONTRACT OR IN WRITING.

A SERVICE CHARGE MAY BE ASSESSED ON ANY PAST DUE AMOUNT. ANNUAL PERCENTAGE RATE NOT TO EXCEED STATUTORY LIMITATIONS.

# SODEXO, INC & AFFILIATES

| SERVICES RENDERED TO: | REGIONAL WEST MED CTR ES<br>4021 AVENUE B<br>SCOTTSBLUFF, NE 69361 | | INVOICE |
|---|---|---|---|

| BILL TO: | REGIONAL WEST MEDICAL CEN<br>ATTN: JOHN MENTGEN, CEO AND PRE<br>4021 AVENUE B<br>SCOTTSBLUFF, NE 69361 | MAKE CHECK PAYABLE TO:<br>SODEXO, INC & AFFILIATES<br>PO BOX 360170<br>PITTSBURGH, PA  15251-6170 |
|---|---|---|

| TERMS | | ACCOUNT NUMBER | COST CENTER | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 15 DAYS | DUE:07/16/2017 | 100030753 | 10373002 | 07/01/2017 | 1001100576 |

| DESCRIPTION | AMOUNT | SALES TAX | TOTAL |
|---|---|---|---|
| CONTRACT PRICE FOR HOUSEKEEPING SERVICES FOR THE MONTH OF JULY 2017 | $39,786.75 | | $39,786.75 |
| | | | |
| | **TOTAL AMOUNT DUE** US DOLLARS | | $39,786.75 |

TERMS: PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE UNLESS OTHERWISE SPECIFIED BY CONTRACT OR IN WRITING.

A SERVICE CHARGE MAY BE ASSESSED ON ANY PAST DUE AMOUNT. ANNUAL PERCENTAGE RATE NOT TO EXCEED STATUTORY LIMITATIONS.

# SODEXO, INC & AFFILIATES

SERVICES
RENDERED TO:    REGIONAL WEST MEDICAL CENTER
4021 AVENUE B
SCOTTSBLUFF, NE 69361

INVOICE

BILL TO:    REGIONAL WEST MEDICAL CEN
ATTN: JOHN MENTGEN, CEO AND PRE
4021 AVENUE B
SCOTTSBLUFF, NE 69361

MAKE CHECK PAYABLE TO:

SODEXO, INC & AFFILIATES
PO BOX 360170
PITTSBURGH, PA  15251-6170

| TERMS | | ACCOUNT NUMBER | COST CENTER | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 15 DAYS | DUE:08/16/2017 | 100030753 | 10373001 | 08/01/2017 | 1001110918 |

| DESCRIPTION | AMOUNT | SALES TAX | TOTAL |
|---|---|---|---|
| CONTRACT PRICE FOR PLANT OPERATIONS AND MAINTENANCE SERVICES FOR THE MONTH OF AUGUST 2017 | $52,760.61 | | $52,760.61 |

| | TOTAL AMOUNT DUE US DOLLARS | $52,760.61 |
|---|---|---|

TERMS: PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE UNLESS OTHERWISE SPECIFIED BY CONTRACT OR IN WRITING.

A SERVICE CHARGE MAY BE ASSESSED ON ANY PAST DUE AMOUNT. ANNUAL PERCENTAGE RATE NOT TO EXCEED STATUTORY LIMITATIONS.

# SODEXO, INC & AFFILIATES

SERVICES
RENDERED TO:
REGIONAL WEST MED CTR ES
4021 AVENUE B
SCOTTSBLUFF, NE 69361

INVOICE

BILL TO:
REGIONAL WEST MEDICAL CEN
ATTN: JOHN MENTGEN, CEO AND PRE
4021 AVENUE B
SCOTTSBLUFF, NE 69361

MAKE CHECK PAYABLE TO:

SODEXO, INC & AFFILIATES
PO BOX 360170
PITTSBURGH, PA  15251-6170

| TERMS | | ACCOUNT NUMBER | COST CENTER | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 15 DAYS | DUE:08/16/2017 | 100030753 | 10373002 | 08/01/2017 | 1001110919 |

| DESCRIPTION | AMOUNT | SALES TAX | TOTAL |
|---|---|---|---|
| CONTRACT PRICE FOR HOUSEKEEPING SERVICES FOR THE MONTH OF AUGUST 2017 | $39,786.75 | | $39,786.75 |
| | | | |
| **TOTAL AMOUNT DUE** US DOLLARS | | | $39,786.75 |

TERMS: PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE UNLESS OTHERWISE SPECIFIED BY CONTRACT OR IN WRITING.

A SERVICE CHARGE MAY BE ASSESSED ON ANY PAST DUE AMOUNT. ANNUAL PERCENTAGE RATE NOT TO EXCEED STATUTORY LIMITATIONS.

# SODEXO, INC & AFFILIATES

SERVICES
RENDERED TO:     REGIONAL WEST MEDICAL CENTER
4021 AVENUE B
SCOTTSBLUFF, NE 69361

INVOICE

BILL TO:     REGIONAL WEST MEDICAL CEN
ATTN: JOHN MENTGEN, CEO AND PRE
4021 AVENUE B
SCOTTSBLUFF, NE 69361

MAKE CHECK PAYABLE TO:

SODEXO, INC & AFFILIATES
PO BOX 360170
PITTSBURGH, PA  15251-6170

| TERMS | | ACCOUNT NUMBER | COST CENTER | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 15 DAYS | DUE:09/16/2017 | 100030753 | 10373001 | 09/01/2017 | 1001121250 |

| DESCRIPTION | AMOUNT | SALES TAX | TOTAL |
|---|---|---|---|
| CONTRACT PRICE FOR PLANT OPERATIONS AND<br>MAINTENANCE SERVICES FOR THE MONTH OF<br>SEPTEMBER 2018 | $52,760.61 | | $52,760.61 |

| | TOTAL AMOUNT DUE<br>US DOLLARS | $52,760.61 |
|---|---|---|

TERMS: PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE UNLESS OTHERWISE SPECIFIED BY CONTRACT OR IN WRITING.

A SERVICE CHARGE MAY BE ASSESSED ON ANY PAST DUE AMOUNT. ANNUAL PERCENTAGE RATE NOT TO EXCEED STATUTORY LIMITATIONS.

# SODEXO, INC & AFFILIATES

SERVICES
RENDERED TO:   REGIONAL WEST MED CTR ES
4021 AVENUE B
SCOTTSBLUFF, NE 69361

INVOICE

BILL TO:       REGIONAL WEST MEDICAL CEN
ATTN: JOHN MENTGEN, CEO AND PRE
4021 AVENUE B
SCOTTSBLUFF, NE 69361

MAKE CHECK PAYABLE TO:

SODEXO, INC & AFFILIATES
PO BOX 360170
PITTSBURGH, PA  15251-6170

| TERMS | | ACCOUNT NUMBER | COST CENTER | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 15 DAYS | DUE:09/16/2017 | 100030753 | 10373002 | 09/01/2017 | 1001121251 |

| DESCRIPTION | AMOUNT | SALES TAX | TOTAL |
|---|---|---|---|
| CONTRACT PRICE FOR HOUSEKEEPING SERVICES FOR THE MONTH OF SEPTEMBER 2018 | $39,786.75 | | $39,786.75 |
| | | | |
| | **TOTAL AMOUNT DUE** US DOLLARS | | $39,786.75 |

TERMS: PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE UNLESS OTHERWISE SPECIFIED BY CONTRACT OR IN WRITING.

A SERVICE CHARGE MAY BE ASSESSED ON ANY PAST DUE AMOUNT. ANNUAL PERCENTAGE RATE NOT TO EXCEED STATUTORY LIMITATIONS.

# SODEXO, INC & AFFILIATES

SERVICES
RENDERED TO:     REGIONAL WEST MEDICAL CENTER
4021 AVENUE B
SCOTTSBLUFF, NE 69361

INVOICE

BILL TO:     REGIONAL WEST MEDICAL CEN
ATTN: JOHN MENTGEN, CEO AND PRE
4021 AVENUE B
SCOTTSBLUFF, NE 69361

MAKE CHECK PAYABLE TO:

SODEXO, INC & AFFILIATES
PO BOX 360170
PITTSBURGH, PA  15251-6170

| TERMS | | ACCOUNT NUMBER | COST CENTER | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 15 DAYS | DUE:10/16/2017 | 100030753 | 10373001 | 10/01/2017 | 1001134355 |

| DESCRIPTION | AMOUNT | SALES TAX | TOTAL |
|---|---|---|---|
| CONTRACT PRICE FOR PLANT OPERATIONS AND MAINTENANCE SERVICES FOR THE MONTH OF OCTOBER 2018 | $52,760.61 | | $52,760.61 |
| **TOTAL AMOUNT DUE** US DOLLARS | | | $52,760.61 |

TERMS: PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE UNLESS OTHERWISE SPECIFIED BY CONTRACT OR IN WRITING.

A SERVICE CHARGE MAY BE ASSESSED ON ANY PAST DUE AMOUNT. ANNUAL PERCENTAGE RATE NOT TO EXCEED STATUTORY LIMITATIONS.

# SODEXO, INC & AFFILIATES

**SERVICES RENDERED TO:** REGIONAL WEST MED CTR ES
4021 AVENUE B
SCOTTSBLUFF, NE 69361

**INVOICE**

**BILL TO:** REGIONAL WEST MEDICAL CEN
ATTN: JOHN MENTGEN, CEO AND PRE
4021 AVENUE B
SCOTTSBLUFF, NE 69361

**MAKE CHECK PAYABLE TO:**

SODEXO, INC & AFFILIATES
PO BOX 360170
PITTSBURGH, PA  15251-6170

| TERMS | | ACCOUNT NUMBER | COST CENTER | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 15 DAYS | DUE:10/16/2017 | 100030753 | 10373002 | 10/01/2017 | 1001134356 |

| DESCRIPTION | AMOUNT | SALES TAX | TOTAL |
|---|---|---|---|
| CONTRACT PRICE FOR HOUSEKEEPING SERVICES FOR THE MONTH OF OCTOBER 2018 | $39,786.75 | | $39,786.75 |
| **TOTAL AMOUNT DUE** US DOLLARS | | | $39,786.75 |

TERMS: PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE UNLESS OTHERWISE SPECIFIED BY CONTRACT OR IN WRITING.

A SERVICE CHARGE MAY BE ASSESSED ON ANY PAST DUE AMOUNT. ANNUAL PERCENTAGE RATE NOT TO EXCEED STATUTORY LIMITATIONS.

# SODEXO, INC & AFFILIATES

| SERVICES<br>RENDERED TO: | REGIONAL WEST MEDICAL CENTER<br>4021 AVENUE B<br>SCOTTSBLUFF, NE 69361 | | INVOICE |
|---|---|---|---|

| BILL TO: | REGIONAL WEST MEDICAL CEN<br>ATTN: JOHN MENTGEN, CEO AND PRE<br>4021 AVENUE B<br>SCOTTSBLUFF, NE 69361 | MAKE CHECK PAYABLE TO:<br>SODEXO, INC & AFFILIATES<br>PO BOX 360170<br>PITTSBURGH, PA  15251-6170 |
|---|---|---|

| TERMS | | ACCOUNT NUMBER | COST CENTER | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 15 DAYS | DUE:11/16/2017 | 100030753 | 10373001 | 11/01/2017 | 1001147986 |

| DESCRIPTION | AMOUNT | SALES TAX | TOTAL |
|---|---|---|---|
| CONTRACT PRICE FOR PLANT OPERATIONS<br>AND<br>MAINTENANCE SERVICES FOR THE MONTH OF<br>NOVEMBER 2018 | $12,310.81 | | $12,310.81 |
| **TOTAL AMOUNT DUE**<br>US DOLLARS | | | $12,310.81 |

TERMS: PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE UNLESS OTHERWISE SPECIFIED BY CONTRACT OR IN WRITING.

A SERVICE CHARGE MAY BE ASSESSED ON ANY PAST DUE AMOUNT. ANNUAL PERCENTAGE RATE NOT TO EXCEED STATUTORY LIMITATIONS.

# SODEXO, INC & AFFILIATES

SERVICES
RENDERED TO:    REGIONAL WEST - PROJECT MANAGE
4021 AVENUE B
SCOTTSBLUFF, NE 69361
USA

INVOICE

BILL TO:

REGIONAL WEST MEDICAL CENTER
ATTN: JOHN MENTGEN, CEO AND PRE
4021 AVENUE B
SCOTTSBLUFF, NE 69361

MAKE CHECK PAYABLE TO:

SODEXO, INC & AFFILIATES
PO BOX 360170
PITTSBURGH, PA  15251-6170

| TERMS | | ACCOUNT NUMBER | COST CENTER | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 15 DAYS | DUE:12/15/2017 | 100030753 | 10373003 | 11/30/2017 | 1001159784 |

| DESCRIPTION | AMOUNT | SALES TAX | TOTAL |
|---|---|---|---|
| REBILL FOR NOVEMBER HOUSEKEEPING SERVICES AS UNIT IS CLOSED AS OF 11/7/17 FOR 11/1/17 - 11/7/17 | $9,283.58 | | $9,283.58 |

| | | | TOTAL AMOUNT DUE US DOLLARS | $9,283.58 |
|---|---|---|---|---|

TERMS: PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE UNLESS OTHERWISE SPECIFIED BY CONTRACT OR IN WRITING.

A SERVICE CHARGE MAY BE ASSESSED ON ANY PAST DUE AMOUNT. ANNUAL PERCENTAGE RATE NOT TO EXCEED STATUTORY LIMITATIONS.

# SODEXO, INC & AFFILIATES

SERVICES
RENDERED TO:     REGIONAL WEST MEDICAL CENTER
                 4021 AVENUE B
                 SCOTTSBLUFF, NE 69361
                 USA

INVOICE

BILL TO:         REGIONAL WEST MEDICAL CENTER
                 ATTN: JOHN MENTGEN, CEO AND PRE
                 4021 AVENUE B
                 SCOTTSBLUFF, NE 69361

MAKE CHECK PAYABLE TO:

                 SODEXO, INC & AFFILIATES
                 PO BOX 360170
                 PITTSBURGH, PA  15251-6170

| TERMS | | ACCOUNT NUMBER | COST CENTER | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 15 DAYS | DUE:01/04/2018 | 100030753 | 10373001 | 12/20/2017 | 1001168189 |

| DESCRIPTION | AMOUNT | SALES TAX | TOTAL |
|---|---|---|---|
| DIFFERENCE BETWEEN CAPITAL BILLED VS PURCHASED | | | |
| 10373-001 | $57,670.37 | | $57,670.37 |
| 10373002 | ($11,611.44) | | ($11,611.44) |
| **TOTAL AMOUNT DUE** US DOLLARS | | | $46,058.93 |

TERMS: PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE UNLESS OTHERWISE SPECIFIED BY CONTRACT OR IN WRITING.
A SERVICE CHARGE MAY BE ASSESSED ON ANY PAST DUE AMOUNT. ANNUAL PERCENTAGE RATE NOT TO EXCEED STATUTORY LIMITATIONS.