IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SODEXO AMERICA, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> REGIONAL WEST HEALTH SERVICES, <br><br> Defendant. | **8:17CV489** <br><br> **ORDER** |

IT IS ORDERED:

1) Defendant's unopposed motion to continue, (Filing No. 67), is granted.

2) The deadlines in this case are extended as follows:

   a. The deposition deadline is July 29, 2019.

   b. The deadline for filing motions to dismiss and motions for summary judgment is August 5, 2019.

   c. The deadline for filing motions to exclude testimony on *Daubert* and related grounds is August 5, 2019.

   d. Regional West's response to Sodexo's Motion for Partial Summary Judgment shall be filed on or before August 12, 2019.

June 5, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge