IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SODEXO AMERICA, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>REGIONAL WEST HEALTH SERVICES,<br><br>        Defendant. | **8:17CV489**<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED:

1) The deposition deadline is extended to August 26, 2019.

2) Over Sodexo's objection, Regional West's deadline for responding to the summary judgment motion is extended to September 9, 2019.

3) Counsel shall contact my chambers on or before July 22, 2019 to advise whether the parties and key witnesses can attend trial beginning on February 3, 2020 in North Platte.

July 15, 2019.

                                                  BY THE COURT:

                                                  *s/ Cheryl R. Zwart*
                                                  United States Magistrate Judge