## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SODEXO AMERICA, LLC, | CASE NO. 17-CV-489 |
| Plaintiff and Counterclaim Defendant, | |
| v. | INDEX OF EVIDENCE IN SUPPORT OF MOTION IN LIMINE TO EXCLUDE TESTIMONY ON *DAUBERT* AND RELATED GROUNDS |
| REGIONAL WEST HEALTH SERVICES, | |
| Defendant and Counterclaim Plaintiff. | |

Plaintiff Sodexo America, LLC ("Sodexo") hereby offers the following in support of its Brief in Support of Motion in Limine to Exclude Testimony on *Daubert* and Related Grounds in the above-captioned matter:

1.      The Declaration of Michael Meerkreebs, including attached Exhibits A and B.

- **Exhibit A** is a true and correct copy of invoices dated between July 1, 2017 and December 20, 2017 sent to Regional West; and

- **Exhibit B** is a true and correct copy of interest invoices dated between March 1, 2016 and March 4, 2019 sent to Regional West.

2.      The Declaration of Joshua S. Weiner, including attached Exhibits C through K.

- **Exhibit C** is a true and correct copy of John Mentgen deposition exhibit 3, the Management Agreement between Regional West Health Services and Sodexo America, LLC dated November 6, 2015;

- **Exhibit D** is a true and correct copy of John Mentgen deposition exhibit 4, the Amendment to the Management Agreement dated December 2, 2015;

- **Exhibit E** is a true and correct copy John Mentgen deposition exhibit 5, the Amendment to the Management Agreement dated January 26, 2016;

- **Exhibit F** is a true and correct copy of relevant excerpts from the deposition of John Mentgen dated January 28, 2019;

- **Exhibit G** is a true and correct copy of the relevant excerpts from the deposition of Roy Gifford dated March 13, 2019;

- **Exhibit H** is a true and correct copy of John Mentgen deposition exhibit 9, Defendant's Answers to Plaintiff's First Set of Interrogatories dated January 4, 2019;

- **Exhibit I** is a true and correct copy of John Mentgen deposition exhibit 7, RWHS 30(b)(6) Deposition Outline;

- **Exhibit J** is a true and correct copy of Roy Gifford deposition exhibit 21, an email dated November 14, 2016 between Jamie Winters and Brian Sullivan (RWHS 035507- 035509);and

- **Exhibit K** is a true and correct copy of Sodexo's Rule 26(a)(2)(C) Disclosures served on Defendant April 1, 2019.

Dated this 5th day of August, 2019.

SODEXO AMERICA, LLC, Plaintiff and Counterclaim Defendant,

*/s/ Joshua S. Weiner*
Robert M. Slovek #17798
Joshua S. Weiner  #25565
KUTAK ROCK LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102
Telephone: (402) 346-6000

2

Robert.Slovek@kutakrock.com
Joshua.Weiner@kutakrock.com

-and-

Timothy J. Fazio (admitted *pro hac vice*)
Katharine A. Dennis (admitted *pro hac vice*)
HUNTON ANDREWS KURTH LLP
125 High Street, Suite 533
Boston, MA 02110
Telephone: (617) 648-2800
tfazio@huntonak.com
kdennis@huntonak.com

4824-5045-8014.1

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following attorneys registered with the CM/ECF system:

Richard P. Jeffries, Esq.
Adam W. Barney, Esq.
Sydney M. Huss, Esq.
Cline Williams Wright Johnson
& Oldfather, LLP
Sterling Ridge
12910 Pierce Street, Suite 200
Omaha, NE 68144

_/s/ Joshua S. Weiner_
Joshua S. Weiner

4824-5045-8014.1