IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SODEXO AMERICA, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>REGIONAL WEST HEALTH SERVICES,<br><br>　　　　Defendant. | Case No. 17-cv-489<br><br>REGIONAL WEST'S EVIDENCE INDEX IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT |

Defendant Regional West Health Services ("Regional West") hereby offers the following in support of its Brief in Opposition to Sodexo America, LLC's ("Sodexo") Motion for Partial Summary Judgment:

1. The Declaration of Sydney M. Huss, including attachments A through R.

- **Attachment A** is a true and correct copy of Regional West's Second Supplemental Answers to Sodexo America, LLC's ("Sodexo") First Set of Interrogatories served on Sodexo on May 23, 2019.

- **Attachment B** is a true and correct copy of Regional West's Initial Disclosures served on October 17, 2018.

- **Attachment C** is a true and correct copy of relevant excerpts from the deposition of Roy Gifford taken on March 13, 2019.

- **Attachment D** is a true and correct copy of relevant excerpts from the deposition of Brian Sullivan taken on August 15, 2019.

- **Attachment E** is a true and correct copy of Brian Sullivan deposition Exhibit No. 614, an email correspondence between Paul Webering and Brian Sullivan dated October 10, 2016.

- **Attachment F** is a true and correct copy of Brian Sullivan deposition Exhibit No. 620, the Beckenhauer Construction, Inc., project notes for January 26, 2017.

- **Attachment G** is a true and correct copy of Brian Sullivan deposition Exhibit No. 613, the Capital Expenditure requests for the Pharmacy Project dated July 29, 2016 and January 17, 2017.

- **Attachment H** is a true and correct copy of Brian Sullivan deposition Exhibit No. 621, the Beckenhauer Construction, Inc., project notes for January 27, 2017.

- **Attachment I** is a true and correct copy of Brian Sullivan deposition Exhibit No. 624, the Beckenhauer Construction, Inc., project notes for February 28, 2017.

- **Attachment J** is a true and correct copy of Brian Sullivan deposition Exhibit No. 626, an email exchange between Nicholas Decker of Olsson Associates, Paul Webering and Brian Sullivan dated March 29, 2017.

- **Attachment K** is a true and correct copy of Brian Sullivan deposition Exhibit No. 628, an email from Nicholas Decker of Olsson Associates dated April 5, 2017.

- **Attachment L** is a true and correct copy of relevant excerpts from the deposition of Shu-Ray Lee on April 29, 2019.

- **Attachment M** is a true and correct copy of Shu-Ray Lee deposition Exhibit No. 553, a letter dated July 24, 2017 sent from Regional West's in-house counsel Paul Hofmeister to Sodexo Regional Vice-President Paul Komelasky.

- **Attachment N** is a true and correct copy of relevant excerpts from the deposition of Paul Webering on April 19, 2019.

- **Attachment O** is a true and correct copy of Paul Webering deposition Exhibit No. 504, a letter from the State of Nebraska Plans Division Secretary Sharon Brandt dated October 24, 2019.

- **Attachment P** is the true and correct copy of the January 17, 2017 Beckenhauer Construction, Inc. project notes which was produced by Beckenhauer Construction pursuant to a subpoena issued by Sodexo.

- **Attachment Q** is a true and correct copy of the February 27, 2017 Beckenhauer Construction, Inc., project notes which was produced by Beckenhauer Construction pursuant to a subpoena issued by Sodexo.

- **Attachment R** is a true and correct copy of Paul Webering deposition Exhibit No. 509, an email exchange between Paul Webering and Ian Ofria dated November 15, 2016.

- **Attachment S** is a true and correct copy of relevant excerpts from the deposition of Brett Frasier taken on August 12, 2019.

- **Attachment T** is a true and correct copy of Brett Frasier deposition Exhibit No. 607, an email exchange between Brett Frasier and Doug Michael dated January 21, 2017.

DATED this 9th day of September, 2019.

                REGIONAL WEST HEALTH SERVICES, Defendant

        By:   */s/Sydney M. Huss*
                Richard P. Jeffries - #20089
                Adam W. Barney – #24521
                Sydney M. Huss -- #26581
                CLINE WILLIAMS WRIGHT
                  JOHNSON & OLDFATHER, L.L.P.
                Sterling Ridge
                12910 Pierce Street, Suite 200
                Omaha, NE 68144
                Telephone: (402) 397-1700
                Fax: (402) 397-1806
                rjeffries@clinewilliams.com
                abarney@clinewilliams.com
                shuss@clinewilliams.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of said filing to all CM/ECF participants, including the following counsel:

Robert M. Slovek
Joshua S. Weiner
Kutak Rock LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102
Robert.Slovek@KutakRock.com
Joshua.Weiner@KutakRock.com

Timothy J. Fazio
Katharine A. Dennis
Hunton Andrew Kurth
125 High Street
Boston, MA 02110
tfazio@hunton.com
kdennis@hunton.com

          */s/ Sydney M. Huss*
          Sydney M. Huss

4838-0340-5731, v. 1