IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SODEXO AMERICA, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>REGIONAL WEST HEALTH SERVICES,<br><br>    Defendant. | 8:17CV489<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

This matter comes before the Court on [Filing No. 90](#), Stipulation for Dismissal with Prejudice.

The Stipulation is approved. This action, including all claims and counterclaims, is hereby dismissed with prejudice. Each party shall bear its own costs and fees.

Dated this 3rd day of January, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge